UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIGUEL FEDERICO AJQUI AJTZALAM,

                Petitioner,

                v.

WILLIAM JOYCE, *et al.*,

                Respondents.

25-CV-8364 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      On October 13, 2025, Petitioner filed a "motion for a temporary restraining order and/or preliminary injunction" seeking an order from this Court that Respondents (1) immediately release Petitioner from their custody and (2) "adjudicate Petitioner's motion to reopen prior to Petitioners removal or alternatively to refrain from removing Petitioner until his motion to reopen has been adjudicated." Dkt. No. 4. It is hereby ordered that:

1. Respondents shall file an opposition as to why the temporary restraining order should not be granted by October 17, 2025.

2. Petitioner shall have the opportunity to reply by October 20, 2025.

3. This matter shall be heard by the Court on October 22, 2025, at 12:00 p.m. in the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007.

4. To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States unless and until the Court orders otherwise.

5. Service of this order shall be effectuated by Petitioner on the United States Attorney for the Southern District of New York by electronic mail by 5:00 pm on October 14, 2025, and shall constitute good and effective service.

SO ORDERED.

Dated:   October 14, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge