

Brooklyn Defender Services
177 Livingston St., 7th Fl.
Brooklyn, NY 11201

Tel (718) 254-0700
Fax (718) 254-0897
info@bds.org

Visitor Center
156 Pierrepont St.
Brooklyn, NY 11201

Hon. Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

     Re: *Ajqui Ajtzalam v. Joyce, et al.*, 25-cv-8364 (RA)

Dear Judge Abrams:

I represent Petitioner, Miguel Ajqui Ajtzalam, in the above-referenced petition and corresponding motion for a temporary restraining order. The TRO motion is scheduled for a conference before this Court on October 22, 2025, at 12:00 pm.

Although barred in New York, I am located in Washington State and unable to travel to New York City to attend the TRO hearing in person. I therefore respectfully request that the hearing be conducted by phone or video, or that I be permitted to appear at the hearing by phone or video. I requested Respondent's position on this motion but have not received a response.

I thank the Court for its consideration.

Dated: October 16, 2025

                                                /s/ Zoey Jones
                                                Zoey Jones
                                                Brooklyn Defender Services
                                                177 Livingston Street, Floor 7
                                                Brooklyn, NY 11201
                                                206-599-9834
                                                zjones@bds.org

Per Petitioner's request, the hearing scheduled for October 22, 2025 at 12:00 p.m. will be held remotely via Microsoft Teams video conference. Members of the public may call into the conference at the following audio-only line: (646) 453-4442; Passcode: 901 511 628#. A video link will be sent to the parties prior to the conference.

SO ORDERED

*[signature]*

Hon. Ronnie Abrams
October 17, 2025

**DEFEND • ADVOCATE • CHANGE**